IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-77 |
| LEONARD D. BETHLY, | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### Count 1

On or about May 31, 2005, in the District of Delaware, Leonard D. Bethly, the defendant, knowingly did possess a firearm, that is, a Smith and Wesson .38 caliber revolver, serial no. CAT9477, which had been transported in interstate commerce to Delaware, having been convicted on or about April 9, 1993, in the Felony Court of the State of Wisconsin in and for Milwaukee County, of an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 8-11-05



FILED

AUG 1 1 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE