IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-77 |
| | ) | |
| LEONARD D. BETHLY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Leonard D. Bethly, as a result of the Indictment returned against him on August 11, 2005.

      COLM F. CONNOLLY
      United States Attorney


      By:   /s/ Edmond Falgowski
          Edmond Falgowski
          Assistant United States Attorney

Dated:  August 11, 2005

**AND NOW**, this _____ day of _____, 2005, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Leonard D. Bethly.

      _____
      Honorable Mary Pat Thynge
      United States Magistrate Judge