UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. CR05-77 ) |
| LEONARD BETHLY | ) ) ) |
| Defendant. | ) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on SEPT. 12, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until OCT 12, 2005 The time between the date of this order and OCTOBER 12, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
SEP 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE