IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-77-GMS |
| | ) | |
| LEONARD BETHLY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Edmond Falgowski as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Christopher Burke.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated:    October 4, 2005

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )  | |
| v.    ) | Criminal Action No. 05-77-GMS |
| ) | |
| LEONARD BETHLY,    ) | |
| ) | |
| Defendant.    ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on October 4, 2005, I electronically filed with the Clerk of the Court using the CM/ECF the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

and and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed to attorney of record as follows:

Elliot Cohen, Esquire
Two Penn Center Plaza
15th & JFK Boulevard, Suite #1516
Philadelphia, PA   190102

_____
[Signature: Sharon L. Bernardo]