IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Criminal No.  05-77 GMS |
| ) | |
| ) | |
| LEONARD D. BETHLY ) | |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the court will hold a scheduling conference regarding the above-captioned case, in chambers, on **Wednesday, December 14, 2005, at 2:00 p.m.**


Dated:  November 30, 2005              /s/ Gregory M. Sleet
                                       UNITED STATES DISTRICT JUDGE