IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-77 GMS |
| | ) | |
| LEONARD D. BETHLY | ) | |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned case is rescheduled to **Thursday, December 15, 2005, at 2:15 p.m.**  The conference will be held in chambers.

Dated:  December 2, 2005 /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE