IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-77 GMS |
| | ) | |
| LEONARD D. BETHLY | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

The above named defendant having entered a plea of not guilty to the charge pending against him in this Court, it therefore being necessary to bring the case promptly to trial, after having met with counsel, IT IS HEREBY ORDERED that:

1. The court will hold a hearing on any pretrial motions that may be filed or that have been filed in this case. This hearing is scheduled for **Wednesday, January 11, 2006, at 2:00 p.m.** It will take place in Courtroom No. 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. No later than **two weeks after the hearing**, the government shall file proposed findings of fact and conclusions of law. No later than **two weeks after the government's submissions**, the defendant shall file its responsive findings of fact and conclusions of law, if necessary. No extensions to this schedule will be given.

2. The court will hold a pre-trial conference in chambers on **Thursday, March 9, 2006, at 11:00 a.m.** No later than **one week prior to this conference**, counsel for the government shall submit a joint set of jury instructions, with supporting authorities and objections, along with any proposed special voir dire of the jury panel. This submission shall be accompanied by a computer diskette which contains a copy of these instructions and proposed special voir dire. Counsel will work out their own briefing schedule regarding any motions in limine, which are to be fully briefed

no later than **March 2, 2006.**  Any motions in limine shall be submitted in a manner so that briefing on them is completed on the day that the joint set of jury instructions and the proposed voir dire is due.

      3.      Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea (except to all counts of the indictment or information) shall be noticed on or before the date of the pre-trial conference.  The guilty plea shall be entered on or before the day trial is set to commence.

      4.      A Jury Trial is scheduled to commence on **Tuesday, March 28, 2006, at 9:00 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware.  Counsel shall arrive at chambers at **8:30 a.m.**

Date: December 15, 2005                      /s/ Gregory M. Sleet
                                                  UNITED STATES DISTRICT JUDGE