IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  05-77 GMS |
| | ) | |
| LEONARD DAMONE BETHLY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, on January 11, 2006, the court held a motion hearing regarding the defendant Leonard Damone Bethly's ("Bethly") motion to suppress;

WHEREAS, the court directed the parties to file briefs containing proposed findings of fact and conclusions of law;

WHEREAS, after having reviewed the record, the court concludes that it is deficient with respect to whether either Bethly or Reginald Armstrong ("Armstrong"), the Holiday Inn security guard, were charged by the State of Delaware with theft or receiving stolen property; and

WHEREAS, the court further concludes that it is necessary to proceed on a complete record;

IT IS HEREBY ORDERED that:

1. The United States of America ("United States") shall file a stipulation with its proposed findings of fact and conclusions of law regarding whether Bethly or Armstrong were charged by the State of Delaware with theft or receiving stolen property, and the disposition, if any, of the charges.  If the parties cannot reach agreement, counsel for the United States shall notify the court so that the court can

reconvene the motion hearing in order to adduce facts regarding the above-mentioned issue.

Dated: January 12, 2006

_____
UNITED STATES DISTRICT JUDGE