

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*　　　　　　　　　　　　　　　　*(302) 573-6277*
*1007 Orange Street, Suite 700*　　　　　　　　　　*FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

January 18, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge, District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:  **United States v. Leonard Bethly**
           **Criminal Action No. 05-77-GMS**

Dear Judge Sleet:

    With respect to the Defendant's Motion to Suppress Physical Evidence, the parties have agreed on the following supplemental briefing schedule:

- The United States will file its proposed findings of fact and conclusions of law on or before February 17, 2006. Along with that document, the Government will also file a Stipulation regarding the issues discussed in the Court's January 12, 2006 Order, if the parties are able to agree on the content of that Stipulation.

- The defendant will file its proposed findings of fact and conclusions of law on or before March 3, 2006.

    If the parties cannot reach agreement on the content of the Stipulation, the parties will notify the Court in a timely fashion.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

                      BY:       /s/
                                      Christopher J. Burke
                                      Assistant United States Attorney

cc:    Elliot Cohen, Esq.
        The Clerk of the Court