IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-77-GMS |
| LEONARD BETHLY, | : |
| Defendant. | : |

## STIPULATION

The parties stipulate the following:

1. The defendant, Leonard Bethly, was charged on May 31, 2005, in the Superior Court for the State of Delaware, with Theft and with Receiving Stolen Property, among other charges, relating to the events giving rise to this matter. On November 7, 2005, a Nolle Prosequi was entered on those charges, due to the fact that the matter was being disposed of in another court.

2. Reginald Armstrong was charged on June 14, 2005, in the Court of Common Pleas for the State of Delaware, with Theft Under $1,000, along with another charge, relating to the events giving rise to this matter. Both of those charges are currently pending against Mr. Armstrong.

|  |  |
|---|---|
| /s/ Elliot Cohen | Colm F. Connolly<br>United States Attorney<br><br>By: /s/ Christopher J. Burke |
| Elliot Cohen, Esquire<br>Attorney for Defendant<br>Leonard Bethly | Christopher J. Burke<br>Assistant United States Attorney |

Date: February 10, 2006