IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-77-GMS |
| LEONARD BETHLY, | : |
| Defendant. | : |

## JOINT MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES

**NOW COMES** the United States of America, by and through its undersigned attorneys, and Elliot Cohen, Esquire, attorney for defendant Leonard Bethly, and represent the following:

1. On October 24, 2005, the defendant filed a Motion to Suppress Physical Evidence Nunc Pro Tunc ("Motion to Suppress") (D.I. 10), in which the defendant sought to suppress certain items seized from his vehicle or from his person on May 30, 2005.

2. On December 15, 2005, this Court signed a Scheduling Order in the instant case (D.I. 14). Pursuant to that Order, a pre-trial conference was scheduled in chambers on March 9, 2006 at 11:00 a.m., with a joint set of jury instructions, proposed special voir dire and briefing on any motions in limine to be submitted by one week earlier, on March 2, 2006. In the Order, the Court also set a trial date of March 28, 2006.

3. A Suppression Hearing was held on January 11, 2006. Subsequent to that hearing, counsel for the Government and the defendant agreed on a schedule for post-Suppression Hearing briefing (D.I. 17). Pursuant to that schedule, the Government submitted its Proposed Findings of Fact and Conclusions of Law regarding the defendant's Motion to Suppress on

February 17, 2006 (D.I. 20). The defendant's Proposed Findings of Fact and Conclusions of Law are due by March 3, 2006.

4. Counsel for the Government and the defendant have conferred and jointly believe that the Court's resolution of the defendant's Motion to Suppress, either in favor of the Government or in favor of the defendant, will lead to a non-trial disposition of this matter. For that reason, the parties believe that the interests of justice will be best served by continuing the trial date, as well as the pre-trial conference date and the other trial-related deadlines noted above, until the Court has ruled on the Motion to Suppress.

5. Defendant's counsel has authorized the Government to file this motion on behalf of both parties.

**WHEREFORE,** the United States and the defendant jointly request that the Court continue the trial date, as well as the pre-trial conference date and other trial-related deadlines, until the Court issues a ruling on the Motion to Suppress.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                UNITED STATES ATTORNEY

                                        BY:_____/s/_____
                                                Christopher J. Burke
                                                Assistant United States Attorney

Dated: March 1, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       : | |
| : | |
| Plaintiff,       : | |
| : | |
| v.       : | Criminal Action No. 05-77-GMS |
| : | |
| LEONARD BETHLY,       : | |
| : | |
| Defendant.       : | |

## ORDER

AND NOW this ___ day of _____, 2006, it is hereby ordered that the parties' Joint Motion to Continue Trial Date and Related Deadlines be GRANTED, and that the trial date in this matter, as well as the pre-trial conference date and other trial-related deadlines, shall be continued pending the Court's ruling on the defendant's Motion to Suppress.

_____
Honorable Gregory M. Sleet
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 05-77-GMS |
| | : |
| LEONARD BETHLY, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 1st day of March, 2006, I caused to be electronically filed a **Joint Motion to Continue Trial Date and Related Deadlines** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed via first class mail to counsel of record as follows:

Elliot Cohen
Two Penn Center Plaza
15th and JFK Boulevard, Suite # 1516
Philadelphia, PA 19102


                                    /s/
                        Christopher J. Burke
                        Assistant United States Attorney