IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Criminal Action No. 05-77-GMS

LEONARD BETHLY,

    Defendant.

**ORDER**

AND NOW this 2nd day of March, 2006, it is hereby ordered that the parties' Joint Motion to Continue Trial Date and Related Deadlines be GRANTED, and that the trial date in this matter, as well as the pre-trial conference date and other trial-related deadlines, shall be continued pending the Court's ruling on the defendant's Motion to Suppress.

                                                         Honorable Gregory M. Sleet
                                                         United States District Judge