AO 442  (Rev. 5/93) Warrant for Arrest

# United States District Court

District of      DELAWARE

UNITED STATES OF AMERICA

V.

LEONARD D. BETHLY

**WARRANT FOR ARREST**

Case Number: CR 05-77-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     LEONARD D. BETHLY
                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court    Violation      Probation Violation Petition

charging him or her     (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of     18     United States Code, Section(s)     922(g)(1) and 924(a)(2)

Peter T. Dalleo                                       Clerk, United States District Court
Name of Issuing Officer                                  Title of Issuing Officer

By: _[signature]_, Deputy Clerk    8/12/2005 in Wilmington, DE
Signature of Issuing Officer                                Date and Location

FILED MAY 30 2006 — U.S. DISTRICT COURT DISTRICT OF DELAWARE

Bail fixed at $ _____ by _____
                                                                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Leonard D. Bethly

| DATE RECEIVED 8/12/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/1/05 | Toby M. Conrad DUSM | _[signature]_ |