IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
        v.                        )        Criminal No.  05-77 GMS
                                  )
                                  )
LEONARD D. BETHLY                 )

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned case

is scheduled for **Thursday, September 7, 2006, at 11:00 a.m.**  before the Honorable Gregory M.

Sleet, United States District Judge.   The conference will be held in chambers and counsel only need

appear.

Dated: August 30, 2006                    /s/ Gregory M. Sleet
                                          UNITED STATES DISTRICT JUDGE