IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-77 GMS |
| | ) | |
| LEONARD D. BETHLY | ) | |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned case has been rescheduled to **Thursday, September 14, 2006, at 2:30 p.m.** before the Honorable Gregory M. Sleet, United States District Judge.  **The scheduling conference will be conducted by telephone, and counsel for the government is directed to arrange and initiate the call**.


Dated: September 6, 2006                                  /s/ Gregory M. Sleet
                                                          UNITED STATES DISTRICT JUDGE