IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-77-GMS |
| LEONARD D. BETHLY, | : |
| Defendant. | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Christopher J. Burke as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Sophie E. Bryan.

    COLM F. CONNOLLY
    United States Attorney

BY:   /s/
    Sophie E. Bryan
    Assistant United States Attorney
    United States Attorney's Office
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    sophie.bryan@usdoj.gov

Dated: November 3, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-77-GMS |
| LEONARD D. BETHLY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 3rd of November 2006, I caused to be filed electronically a Notice of Substitution of Counsel with the Clerk of the Court using CM/ECF. I further certify that two copies of the foregoing notice were sent via U.S. mail, postage prepaid, to the attorney of record as follows:

>Eliot Cohen, Esquire
>Two Penn Center Plaza
>15th Street & JFK Boulevard
>Suite 1516
>Philadelphia, PA 19102

/s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov