IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-77-GMS |
| | ) |
| LEONARD D. BETHLY, | ) |
| | ) |
| Defendant. | ) |

### UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorneys, and hereby requests that, in addition to the Court's standard Criminal Voir Dire questions, the Court submit the following additional questions to the jury panel in the above-captioned case:

1. Would the fact that the Delaware State Police and the Bureau of Alcohol, Tobacco, Firearms and Explosives are the primary investigating agencies in this case interfere with your ability to be a fair and impartial juror?

2. Does any member of the panel have strong views about the possession of firearms, including whether such possession should be legal or illegal, that would interfere with your ability to be a fair and impartial juror in this case?

The undersigned has discussed this request with defendant's counsel, Elliot Cohen, Esquire, who does not object to the request.

                                      COLM F. CONNOLLY
                                      United States Attorney

                              By:_____/s/_____
                                    Sophie E. Bryan
                                    Assistant United States Attorney
                                    1007 Orange Street, Suite 700
                                    P.O. Box 2046
                                    Wilmington, Delaware  19899-2046
Dated:  November 14, 2006              (302) 573-6277

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-77-GMS |
| ) | |
| LEONARD D. BETHLY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 14th day of November, 2006, I caused to be electronically filed **United States' Request for Special Voir Dire** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify a copy of the foregoing notice were sent via U.S. mail, postage prepaid, to the attorney of record as follows:

Elliot Cohen, Esquire
Two Penn Center Plaza
15th Street & JFK Boulevard
Suite 1516
Philadelphia, PA 19102

_____/s/_____
Sophie E. Bryan
Assistant United States Attorney