

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.  1:05-CR-77 |
| vs. | : | |
| LEONARD DAMONE BETHLEY | : | |

## MOTION FOR A CONTINUANCE OF TRIAL

**AND NOW**, the defendant, Leonard Bethley, by and through his attorney, Elliot M. Cohen, Esquire, does file the within Motion for a Continuance of Trial and avers as follows:

1. The defendant is represented by Elliot M. Cohen, Esquire in the above referenced criminal matter for which the defendant was charged with felon in possession of a firearm.

2. A bench Trial in this matter has been scheduled for December, 2006 before the Honorable Gregory M. Sleet - United States District Judge - United States District Court for the District of Delaware.

3. The within motion respectfully seeks a continuance of trial from the last December, 2006, listing to the present February listing.

The last trial listing was continued upon oral motion of defense counsel given the defendant 's last minute uncertainty in having a jury trial as opposed to a bench trial. The defendant has since opted to a bench trial. The defendant has since opted to waive his right to a jury-trial and will be proceeding by way of a bench trial.

4. It is respectfully submitted that the public interest in a speedy disposition is outweighed by the defendant's interests referenced above. Accordingly, It is respectfully submitted that the "ends of justice" militate in favor of a continuance, and that to deny the defendant's request for a continuance would constitute a "manifest injustice".

**WHEREFORE**, for all of the foregoing reasons, it is respectfully requested that the with Motion be **GRANTED**.

*Respectfully submitted,*
**LOUIS T. SAVINO & ASSOCIATES**

By: _____
ELLIOT M. COHEN, ESQUIRE
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

Elliot M. Cohen, Esquire being duly sworn according to law, deposes and says that on the 2nd day of *January, 2007* a copy of the within document was served upon the following individuals:

*Honorable Gregory Sleet*
*U.S. District Judge*
*U.S. District Court for the*
*District of Delaware*
*844 King Street*
*Wilmington, Del 19801*

*Sophie Bryen, Esquire*
*U.S. Attorney's Office*
*1007 Orange Street*
*Suite 700*
*P.O. Box 2046*
*Wilmington, Del 19899*

*Mr. Leonard Bethley*
*Salem County Correctional Facility*
*125 Cemetery Road*
*Woodstown, NJ 08098*

LOUIS T. SAVINO & ASSOCIATES

By: _____
ELLIOT M. COHEN, ESQUIRE
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | : | NO.  1:05-CR-77 |
| --- | --- | --- |
| vs. | : | |
| LEONARD DAMONE BETHLEY | : | |

### *ORDER*

**AND NOW**, this _____ day of _____, 2005 it is hereby **ORDERED** and **DECREED** that defendant's Motion for a Continuance of Trial is **GRANTED.**

**BY THE COURT:**

_____
J.