IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:05-CR-77 |
| vs. | : | |
| LEONARD DAMONE BETHLEY | : | |

### ORDER

**AND NOW**, this 6th day of Jan., 2007 it is hereby **ORDERED** and **DECREED** that defendant's Motion for a Continuance of Trial is **GRANTED**.

**BY THE COURT:**

_____ J.

FILED

JAN - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE