IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  05-77 GMS |
| | ) | Waiver of trial by jury |
| LEONARD BETHLY, | ) | |
| | ) | |
| Defendant. | ) | |

### WAIVER OF JURY TRIAL

At Wilmington, this 13th day of February 2007, I acknowledge that I was fully informed of my right to trial by jury in this cause.  I hereby waive that right, request the court to try all issues of fact and law without a jury, and waive my right to special findings.

*Leonard Bethly*
Defendant

APPROVED:

*Elliot Cohen*
Attorney for Defendant

The United States of America consents to the defendant's waiver of a jury trial and waives its right to request special findings.

*Sophie E. Bryan*
Assistant U.S. Attorney

I find that the defendant has knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

UNITED STATES DISTRICT JUDGE