IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-77-GMS |
| | ) | |
| LEONARD D. BETHLY, | ) | |
| | ) | |
| Defendant. | ) | |

### PROPOSED STIPULATED BRIEFING SCHEDULE

The parties hereby propose the following stipulated briefing schedule to the Court regarding the above-listed matter, the bench trial of which was commenced on Tuesday, February 13, 2007:

1. The parties shall file their Proposed Findings of Fact and Conclusions of Law on or before Friday, April 20, 2007.

                                                          Colm F. Connolly
                                                          United States Attorney

_Elliot Cohen (by seb)_                        By: _Sophie E. Bryan_
Elliot Cohen, Esquire                                  Sophie E. Bryan
Attorney for Defendant                                 Assistant United States Attorney
Leonard D. Bethly

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-77-GMS |
| LEONARD D. BETHLY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 21st of February 2007, I caused to be filed electronically the foregoing Proposed Stipulated Briefing Schedule with the Clerk of the Court using CM/ECF. I further certify that a copy of the foregoing pleading was sent via U.S. mail, postage prepaid, to the attorney of record as follows:

Elliot Cohen, Esquire
Two Penn Center Plaza
15th Street & JFK Boulevard
Suite 1516
Philadelphia, PA 19102

/s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov