IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  05-77 GMS |
| | ) | |
| LEONARD BETHLY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on February 13, 2007, the court held a bench trial in the above-captioned action;

WHEREAS, at the close of the evidence and arguments, the court instructed the parties to submit proposed findings of fact and conclusions of law;

WHEREAS, on February 21, 2007, the parties filed a Proposed Stipulation Regarding the Briefing Schedule, which the court granted on February 22, 2007;

WHEREAS, on April 20, 2007, the parties submitted their findings to the court; and

WHEREAS, after having reviewed the parties' submissions, the court concludes that the defendant's submission includes a general discussion of the facts and law, but does not include an application of the law to the facts adduced at trial;

IT IS HEREBY ORDERED that:

1. The defendant shall submit an amended submission within seven (7) days of the date of this Order, which shall include an application of the law to the facts adduced at trial.

Dated: May 1, 2007                                   /s/ Gregory M. Sleet
                                                     UNITED STATES DISTRICT JUDGE