IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-77-GMS |
| ) | |
| LEONARD BETHLEY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Sophie Bryan as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Beth Moskow-Schnoll.

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
beth.moskow@usdoj.gov

Dated: May 23, 2007

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-77-GMS |
| ) | |
| LEONARD BETHLY ) | |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on May 24, 2007, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed counsel of record as follows:

ELLIOT COHEN, ESQUIRE
Two Penn Center Plaza, Suite 1516
1500 JFK Boulevard
Philadelphia, PA   19102

*/s/ Sharon R. Bernardo*